[No. 66706-8-I.   Division One.   October 15, 2012.]

GERARD PLASSE, *Appellant*, v. DUNG MAO ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-18053-9, William L. Downing, J., entered January 21, 2011. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Leach, C.J., and Becker, J.

[No. 66843-9-I.   Division One.   October 15, 2012.]

DAVID K. FRANK, *Individually and as Personal Representative*, ET AL., *Appellants*, v. GEORGE AKERS ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-22927-9, Ronald Kessler, J., entered February 25, 2011. *Affirmed* by unpublished opinion per Spearman, A.C.J., concurred in by Cox and Appelwick, JJ.

[No. 67200-2-I.   Division One.   October 15, 2012.]

INDEMNITY COMPANY OF CALIFORNIA, *Respondent*, v. CONSTANTIN HAPAIANU, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-40632-4, Michael Heavey, J., entered April 22, 2011. *Affirmed* by unpublished opinion per Lau, J., concurred in by Grosse and Becker, JJ.

[No. 67249-5-I.   Division One.   October 15, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. CRAIG ROWLAND, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-08865-9, Douglass A. North, J., entered June 6, 2011. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Cox and Appelwick, JJ.